# Morgan Keegan_Mamtek

# *Leveen, Lindsay SHELTER 05.29.14*

***5/29/2014***

***Annotation Digest - All Annotations***

***Issue Filter: Motion in Limine***



**Exhibit B**

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 16 Ln: 10 - 21**

**Annotation:**

A. And I had designed semiconductor factories and seen what factories were in China, and actually I was the expert witness for AIG and Lloyds of London on a semiconductor factory fire in Taiwan called the UMC fire. At that time it was the largest single claim ever made for a fire in a semiconductor, and I knew that China and Taiwan cut corners like crazy in terms of safety and all sorts of stuff.
Q. Um-hmm.
A. I mean I was in charge of Bechtel's business there, and I had to ream out many engineers in Taiwan and China over 6 years to do their job right.

**Pg: 22 Ln: 5 - Pg: 29 Ln: 1**

**Annotation:**

A. I said holy guess what. Begins with a "C" and ends in a "P." I said phosgene, triphosgene. This is serious chemistry. It's a darned good thing we are going to get HPM systems and guys who really know what they are doing to deal with this, because in the cookbook, it talks about manholes and open reactors and all sorts of stuff that -- just OSHA and the U.S. building codes and various codes.
You have got to realize that back in the late 80's, I helped develop the codes for semiconductor factories which have a lot of toxic gases in it, and it's called the toxic gas model ordinance --
Q. Um-hmm.
A. -- for Santa Clara County. Prior to that, people could have killed each other fabricating semiconductors because they had toxic gas bottles in the middle of the factory, and the whole thing got -- and these guys from HPM worked with me on that.
Q. Okay. Now, let's start with phosgene and triphosgene. Why did that cause you concern?
A. Because I knew that triphosgene could become phosgene gas, and phosgene gas is basically what was used in World War I as poison gas, but I had worked on phosgene or non-phosgene chemistry for making isocyanides back at Air Products, and phosgene gas is basically carbon monoxide that's reacting with chlorine, a really horrible gas as you ever want to die by, and I sort of said -- and then there were all of these other chemicals that were highly flammable, and some of them were corrosive.
Q. Well, sticking with phosgene, there was some testimony earlier -- Michael Wise seemed to be -- no, actually, strike that. That would be mischaracterizing.
Let me -- let me just ask this. Is triphosgene any safer than phosgene?
MR. SUTER: Objection.

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 22 Ln: 5 - Pg: 29 Ln: 1 continued...**

**Annotation:**

23:14 BY MR. WADSWORTH:
Q. To your knowledge, as a chemical engineer.
MR. SUTER: Object to form. Lacks foundation. Overbroad. Vague and ambiguous.
BY MR. WADSWORTH:
Q. You can answer.
A. Triphosgene is a salt, so it's a solid, but if moisture touches it, it becomes phosgene. Handling a gas actually is simpler than handling a solid when you are trying to get it into a reactor because you can get a gas or a liquid via pipe into a reactor.
To try and dispense a solid into a reactor or a
24: 1 mixing system requires load locks and all sorts of solid handling that you don't get it moist.
It turns out we spent 5 months with some of the best chemists and engineers trying to see how to handle triphosgene, and it was unavailable in the United States. It had to be sourced in China.
Q. Um-hmm.
A. Okay? So in answering your question, they're equally bad, but I think phosgene is actually easier to dispense into a reactor, and we found out that Tate and Lyle did that.
Q. Okay. Now, you mentioned some other corrosive chemicals as well. Do you remember what those --
A. Sodium hydroxide.
Q. Okay.
A. Caustic soda.
So in order to sort of neutralize the reaction after the chlorination, they throw in caustic sodas, sodium hydroxide, and it yields salt, NaCl, and takes the spare chlorines away. That's highly corrosive. It's Drain-o, but in concentrated form.
Q. Okay. Okay. I believe I have seen it referenced as well, thionyl chloride?
A. Thionyl chloride came in later.
Q. Okay.
25: 1 A. When we -- after 5 and a half months of trying with the triphosgene, David Ho said they had actually done chemistry with thionyl chloride.
Q. Okay.
A. It's a corrosive material, but it's a liquid, and I told you liquids are easier to dispense into reactors, just as gases are easier and solids are hard to.
Q. Um-hmm.
A. We found a source of thionyl chloride. It was out of Europe, but they actually had a customer in Kansas City, so it was actually available in the United States and could be done, and that became the chosen chlorination agent.

**Pg: 22 Ln: 5 - Pg: 29 Ln: 1** continued...

**Annotation:**

Q. Okay. Is that also -- let me start with this. Is triphosgene a hazardous material?

MR. SUTER: Object to the form of the question. Vague and ambiguous.

BY MR. WADSWORTH:

Q. By your definition?

A. It's a highly hazardous material.

Q. Okay.

A. If I might say, we even tried to get the -- well, Keith Crumley -- and we will get into him and who he worked with, which was Tom, Colonel Tom, Tom Smith.

Q. Yes.

A. Guy. Crumley claimed that he could go to the Missouri National Guard and have them keep all the triphosgene and just bring us the little bits we needed daily when we were going nowhere on how to store vast amounts of triphosgene.

Q. What were the challenges of trying to store triphosgene?

A. The slightest amount of moisture would make it into phosgene gas.

Q. Were there regulations put by various -- by any federal regulatory bodies on how to store it? Were there any regulations concerning that?

A. There are -- that's why we hired this guy Dean Novy who is a chemist and has like 50 -- he's like almost 80 years old now. He was an expert in how to sort of mix chemicals, do chemicals, store chemicals, safely store chemicals; and he worked with an architect who was an expert at codes on chemical storage bunkers, and they banged their head against the wall for 5 months and never got to an answer.

Q. Okay.

A. So it wasn't from lack of trying and lack of talent that we couldn't come up with how to deal with it.

The product was available from China in like paint pails that had a plastic bag in them. It wasn't available like in a carboy or a big thing, so we were going to have to handle thousands -- hundreds of thousands maybe per year of paint cans, plastic, and get the stuff out of that without getting moisture into it, into the storage, and then into the solvent which was DMF.

Q. And I believe you testified to this earlier. Triphosgene is not readily -- not readily --

A. Unavailable in the United States.

Q. Unavailable in the United States.

A. Unavailable. Well, we couldn't find a source.

Q. All right. In addition to triphosgene, you mentioned a few other chemicals. How many of those would you say are hazardous?

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 22 Ln: 5 - Pg: 29 Ln: 1 continued...**

**Annotation:**

A. I'd say --

MR. SUTER: Excuse me. I'm going to object as to form. Lacks foundation. Calls for speculation.

BY MR. WADSWORTH:

Q. All right. Well, let's just start here. Mr. Leveen, as a chemical engineer, do you have any background which would enable you to determine which chemicals are hazardous or not?

A. Yes.

MR. SUTER: Same objections. Vague and ambiguous.

BY MR. WADSWORTH:

Q. Okay. What chemicals -- let's just start with in the cookbook --

A. Yes.

Q. -- gave you concerns that they might be potentially hazardous?

MR. SUTER: Same objection.

THE WITNESS: I would say when I read the cookbook, every chemical gave me concern for either flammability, toxicity or corrosivity.

BY MR. WADSWORTH:

Q. Um-hmm.

A. And when I got the cookbook -- and then we had the third meeting on August the 1st at my house. That night we were going to have a big time dinner with the team that was going to go to China, that did go to China.

One of the chemical engineers, Vasfi Basaran who went to China, was given the list. I didn't give him the cookbook because Bruce said guard the cookbook with your life, but I gave him the list of chemicals, and I said, "Vasfi, get me the material safety data sheets on each and every one of these chemicals before you go to China because you are going to be smelling, seeing, touching, breathing, whatever, these chemicals," and he came up with the material safety data sheet. So each and all of the chemicals that I had listed from the cookbook, and each of them had hazards, according to the material data safety sheet, except for the sugar.

**Pg: 38 Ln: 2 - Pg: 39 Ln: 15**

**Annotation:**

THE WITNESS: They had not. And I said -- and Reena had been talking like this was going to be a Betty Crocker factory, because they had had their grand opening, and she had pictures and she showed us pictures of them standing with the spade.

And I said, "Reena, what you have got here is a collection of some of the most poisonous, toxic, corrosive and flammable crap I have ever seen in my life. This is not

**Pg: 38 Ln: 2 - Pg: 39 Ln: 15 continued...**

**Annotation:**

a Betty Crocker baking factory. This is a chemical plant that, unless properly designed, could explode or kill people."

Her face dropped. Okay? Tom didn't really have a reaction. Okay?

I then presented to her that we needed to spend $1.4 million because I had worked -- built up a worksheet of how many chemical engineers, safety engineers, mechanical engineers, electrical engineers, we needed to get to the point we could actually have a design.

BY MR. WADSWORTH:

Q. How did you establish -- and you got it through --

A. Through my experience.

Q. -- the $1.4 million. Through your experience?

A. Through my experience, and I gave her hour by hour each category of engineer would have to do, what the architects would have to do, because Tom Smith came with plans that Septagon had drawn, which was the general contractor, for a Butler building, one of those prefabricated steel buildings right next to homes, next to the drive-in movie theater, and they were going to put all of these chemicals into this prefabricated steel building that would have been a calamity.

Q. Why do you believe there would have been a calamity?

A. Because the triphosgene would have got moist. Phosgene gas would have gone over the town of Moberly, and people would be dead. This was Bhopal to be revisited --

Q. Yes.

A. -- in my opinion.

**Pg: 43 Ln: 19 - Pg: 44 Ln: 14**

**Annotation:**

Q. Did you feel -- did you feel after the team came back from China that they had a turn-key operation that you could build easily in --

A. No.

Q. -- Moberly, Missouri?

A. We had the beginnings of a mass balance and heat balance that then took another month or two to get completed by Shoou-I and Jianfen.

Q. Could you explain to the jury why mass balance and heat balance is -- where you started? Why that's important?

A. So when you have got a chemical engineering project, whether it's making ammonia or plastics, you need to know how much chemicals you are going to use of each per day per hour, if it's continuous, if it's batch, how much

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 43 Ln: 19 - Pg: 44 Ln: 14** continued...

**Annotation:**

energy needs to go into each unit operation, if it's the reactor, if it's the purifier, if it's the crystallizer or whatever, and chemical engineers use mass and heat balances. But basically it tells you step-by-step what really is happening, what the temperatures are, what the poundage inside the reactor is, so you really know what's going on.

**Pg: 44 Ln: 2 - 14**

**Annotation:**

Q. Could you explain to the jury why mass balance and heat balance is -- where you started? Why that's important?
A. So when you have got a chemical engineering project, whether it's making ammonia or plastics, you need to know how much chemicals you are going to use of each per day per hour, if it's continuous, if it's batch, how much energy needs to go into each unit operation, if it's the reactor, if it's the purifier, if it's the crystallizer or whatever, and chemical engineers use mass and heat balances. But basically it tells you step-by-step what really is happening, what the temperatures are, what the poundage inside the reactor is, so you really know what's going on.

**Pg: 68 Ln: 15 - Pg: 69 Ln: 19**

**Annotation:**

Q. I'm still on page 10. I'm sorry. I'm back on 221. I jumped on you. It says: In addition, Mamtek's unique manufacturing process neither require nor produce -- "processes neither require nor produce any hazardous substances to manage during production." Is that --
A. That is a total nonsense.
Q. Okay. For the reasons that we have discussed earlier.
A. Yes.
Q. Okay.
A. And that's what I told Reena, because both -- Bruce and Reena, prior to this August 1st meeting, were saying that they have got something. There's no waste. There's no this. There's no that. There's no chemical, you know, and I said, "Reena, we have got a chemical plant, not a Betty Crocker baking plant."
Q. And then it says: In result though, the processes, I guess, "result in no hazardous waste products for disposal."
A. Not true.
Q. Not true?
A. And you should ask Stanek.
Q. About what the black sludge was?

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 68 Ln: 15 - Pg: 69 Ln: 19** continued...

**Annotation:**

A. About how he spent 6 months trying to deal with hazardous material, hazardous waste material.
Q. Okay.
A. There's one thing.
Q. Yes.
A. David Ho claimed that they threw this black sludge into the tea plantation that he owned in China.

**Pg: 75 Ln: 8 - 12**

**Annotation:**

Q. How much had the Mamtek process changed by August or September of 2011 from what it was represented in the cookbook that you received?
A. I'd say the essence was close. The reality was it was a totally different process.

**Pg: 79 Ln: 15 - 24**

**Annotation:**

A. I then had to say that I'm in before the money hit the bank account because otherwise, the valuation of Mamtek was 2 or $300 million, and the basis then was that I had given 6 or $9 million worth of money which would be taxable. Bruce is saying the money is hitting the account. Alissa is saying: "Lindsay, we hired you."
I give notice to Genentech. I think I'm employed, and there's no money. All I ever saw was $35,000 that Johnson Liu got from his sister to keep the escrow going down in Beverly Hills.

**Pg: 87 Ln: 18 - Pg: 88 Ln: 22**

**Annotation:**

Q. How much time did it take you in examining the cookbook to become concerned about the viability of the project?
MR. SUTER: Objection. Lacks foundation. Object to form.
THE WITNESS: In reading the cookbook, I mean glossing over it and looking at the chemicals, probably within 15 minutes of reading it, I said: Hey, we have got -- Houston, we have got a problem. These are really difficult chemicals to handle.
I didn't know what they had designed yet, but I was pretty happy that, you know, we were -- you know, that's when I said to Bruce: "You have got to get a professional and really look at this thing."
BY MR. WADSWORTH:
Q. And you're obviously a very experienced

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 87 Ln: 18 - Pg: 88 Ln: 22** continued...

**Annotation:**

chemical engineer. Would any chemical engineer, say of average ability, come to the same concerns within 15 minutes?

MR. SUTER: Excuse me. I'm going to object to the form of the question. Lacks foundation. Calls for speculation. Argumentative. Vague and ambiguous.

MR. WADSWORTH: I thought it was complimentary rather than argumentative. I said that he had a lot of -- a lot of experience.

MR. SUTER: That was the preface. The question itself was objectionable.

THE WITNESS: Someone who's been trained in hazardous materials would have said there's flammability. There's corrosivity, and there's hazards.

**Pg: 93 Ln: 7 - 10**

**Annotation:**

Q. Okay. And based upon your education and training as someone possessing a Bachelor's degree and a Master's degree in chemical engineering and a Monsanto Fellow, did the process reflected in the cookbook in

**Pg: 93 Ln: 7 - Pg: 96 Ln: 4**

**Annotation:**

Q. Okay. And based upon your education and training as someone possessing a Bachelor's degree and a Master's degree in chemical engineering and a Monsanto Fellow, did the process reflected in the cookbook in Exhibit 562 reflect or represent a fire hazard?

A. Yes.

MR. SUTER: Objection. Excuse me, I do have two objections. Object to form. Lacks foundation.

BY MR. KRONAWITTER:

Q. And based upon your education and training, did the process reflected in the cookbook, Exhibit 562, represent a safety hazard?

MR. SUTER: Same objection.

THE WITNESS: Yes, because it talks about open vessels and pouring and things through manholes.

BY MR. KRONAWITTER:

Q. Now, you mentioned the manholes. Is that allowed in the U.S. under OSHA requirements or under safety regulations, dumping hazardous chemicals through a manhole?

MR. SUTER: Objection, argumentative. Lacks foundation. Calls for speculation.

THE WITNESS: The fire codes allow open vessels. There's different requirements on how you deal with that if it's open versus closed. Okay? OSHA would not allow humans

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 93 Ln: 7 - Pg: 96 Ln: 4 continued...**

**Annotation:**

94: to pour these chemicals by hand through a manhole into a reactor.

BY MR. KRONAWITTER:

Q. When you first reviewed the cookbook, did the process reflected in the cookbook appear to be rudimentary?

MR. SUTER: Objection. Vague and ambiguous.

BY MR. KRONAWITTER:

Q. Do you know what the word "rudimentary" means?

A. Yes. I know what the word means.

Q. You have a Master's degree, a Bachelor's degree, and an MBA. You know what the word "rudimentary" means.

A. Right.

Q. I'm just taking care of the objection.

Did the process reflected in the cookbook appear to you to be rudimentary?

A. It was basic and not very detailed.

Q. Did it require, for example, chemicals to be stirred in a bucket? Exhibit 6 --

MR. SUTER: Would you point us to where you're --

95: THE WITNESS: Could you point to -- I don't recollect --

BY MR. KRONAWITTER:

Q. Take a look at Exhibit 6 or page 6 of Exhibit 562.

MR. SUTER: What's the Bates, please?

BY MR. KRONAWITTER:

Q. At the bottom right corner, it's numbered UMB 2693. In the bottom right corner.

A. Where is it?

Q. And under paragraph 2.2.1.8 that begins "after distillation," do you see that?

A. Yeah. I mean I don't remember the word "bucket," but that is pretty rudimentary.

Q. Do you see that a lot?

MR. SUTER: Object to the question to the extent it misstates the document.

BY MR. KRONAWITTER:

Q. Based on your education and training -- and you have been around the block, so to speak, in terms of chemical engineering and design and construction of plants relating to chemicals, haven't you?

A. Yes.

Q. I mean how many years have you spent in the field?

96: A. 37 years.

Q. Do you see a lot of chemicals being stirred in buckets in U.S. chemical factories?

A. No.

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 95 Ln: 24 - Pg: 96 Ln: 1**

**Annotation:**

Q. I mean how many years have you spent in the field?
A. 37 years.

**Pg: 97 Ln: 15 - Pg: 98 Ln: 5**

**Annotation:**

Q. And based on your review of the MSDS for triphosgene, do you have an opinion about whether or not triphosgene is hazardous?
MR. SUTER: Object to the use of the term as we have not seen the document, and the witness, I don't believe, has seen the document before. I think it's vague and ambiguous in this context.
THE WITNESS: So I have seen other MSDS sheets for triphosgene. They are all fairly similar. It depends on which company issues them. This is what Vasfi Basaran collected on all of the chemicals he collected, including triphosgene. Triphosgene is highly toxic.
BY MR. KRONAWITTER:
Q. And as a chemical engineer, do you equate highly toxic with hazardous?
A. Super hazardous.

**Pg: 99 Ln: 9 - 11**

**Annotation:**

Q. And do you agree that ethyl acetate and DMF are also hazardous?
A. Yes.

**Pg: 100 Ln: 20 - Pg: 101 Ln: 7**

**Annotation:**

THE WITNESS: They went to China to see what was in China, establish heat and mass balances, the beginnings of the design of what could come to the U.S. I think we wouldn't have copied what was in China other than establishing the chemistry of how it was made.
BY MR. KRONAWITTER:
Q. Based upon the information you were given, you came to the conclusion that whatever the actual equipment and production line existed in China, could not be replicated and used in the U.S.; is that correct?
MR. SUTER: Objection. Overbroad.
THE WITNESS: I came to the conclusion that we had to start from scratch.

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 107 Ln: 8 - Pg: 109 Ln: 5**

**Annotation:**

107:
Q. You mentioned the hazardous waste products produced from the production of sucralose. Do you remember talking about that --
A. Yes.
Q. -- and the black sludge?
Was part of that one of the hazardous byproducts, sodium sulfite?
A. When we moved to using the thionyl chloride, you have sulfites.
Q. And you can't just dispose of sulfite in a normal landfill, correct, or can you?
MR. SUTER: Objection.
THE WITNESS: No.
BY MR. KRONAWITTER:
Q. Can you just dispose of sodium sulfite in a normal landfill?
MR. SUTER: Objection as to what a normal landfill is.

108:
THE WITNESS: We couldn't have found a way to do it.
BY MR. KRONAWITTER:
Q. And how much -- I'm sorry, go ahead.
A. But with the thionyl chloride, there wouldn't have been the sulfites. It would have just been the chlorides.
Q. And how much waste byproducts are you talking about? Starting with -- I guess take the final concept for the plant as it existed at the end of August 2011. Do you have an idea about the size of waste byproducts that were going to be produced by this plant?
MR. SUTER: Objection. Lacks foundation.
THE WITNESS: So we were aiming to get 30 to 35 percent yield on the sugar. The remaining sugar gets chlorinated and becomes gunk. Okay? So it would have been more than the mass of the product.
BY MR. KRONAWITTER:
Q. In terms of metric tons, do you have an opinion about how much would have been produced by the plant?
A. Well, it would have had -- if we had 300 metric tons of sucralose, we would have had more than 300 metric tons. Now, I can't give you the exact number. I can just tell you it's more, so that would be like a ton a

109:
day.
Q. Of?
A. Of waste.
Q. Of the hazardous waste byproducts.
A. Byproducts that have to go to hazardous waste.

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 127 Ln: 5 - Pg: 128 Ln: 18**

**Annotation:**

127:
THE WITNESS: I believe we could safely and continuously, you know, repeatedly produce the sucralose. There would be waste. It would be hauled to the appropriate waste site, okay, and we could do it that the FDA would say that this meets good manufacturing process.
BY MR. SUTER:
Q. Thank you.
A. What I'd like to say about general chemistry and most chemical plants, most chemical plants yield most of their product as their product. Sucralose is somewhat strange because it's a high value product that you can have a lot of waste relative to the output.
Like I told you, it was like a yield of 35 percent on the sugar; so when it comes to sucralose, you have got more waste than you have got product, but the product -- originally I was told it was worth $170 a kilogram, and sugar sells for $0.40 a kilogram. So you can afford this expensive plant and this waste in order to make the sucralose.
Q. After you had devoted over a year of your life to Mamtek on your lunch hours and evenings, on the weekends,
128:
commuting back and forth to Genentech and then on a full-time basis, your conclusion was that the sucralose that Mamtek had hoped to manufacture in the United States would be safe, correct?
A. Yes.
MR. KRONAWITTER: Objection. Vague and ambiguous.
BY MR. SUTER:
Q. Your understanding was that the procedure used to manufacture that sucralose would be safe.
MR. KRONAWITTER: Object. It's vague as to time whether you are talking about the original plan or what Mr. Leveen developed through the course of the year.
THE WITNESS: At the end of the year's worth of work, we had a process that could be safely operated. We had equipment that met all the OSHA requirements. We had code analysis that it wouldn't be a fire hazard, and we had methods of dealing with water waste, solid waste, and recapturing air wastes.

**Pg: 129 Ln: 21 - Pg: 130 Ln: 7**

**Annotation:**

129:
THE WITNESS: Every chemical except the triphosgene we found out how to handle safely.
BY MR. SUTER:
Q. Okay. And the triphosgene was not available in the U.S., correct?
130:
A. Right.
Q. And it was never used -- strike that.

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 129 Ln: 21 - Pg: 130 Ln: 7 continued...**

**Annotation:**

Triphosgene was determined by you and your team to be something that should be substituted out and other chemicals substituted in in order to manufacture sucralose of a pharmaceutically high quality.
A. Yes.

**Pg: 132 Ln: 23 - 25**

**Annotation:**

THE WITNESS: I don't know how a lay person thinks, okay, because I'm a chemical engineer, and I have got this experience. I try to explain things to lay people, and I

**Pg: 135 Ln: 4 - 11**

**Annotation:**

A. Yes. One thing on the -- before we abandoned the triphosgene, we contacted the Stanford Research Institute, and we had them theorize could we self-manufacture triphosgene in the U.S.; and they actually came up with the chemistry that you'd do it, but it was just massively difficult. So we spent a lot of effort, even with Stanford Research Institute involved, to try and get triphosgene.

**Pg: 142 Ln: 16 - Pg: 143 Ln: 6**

**Annotation:**

Q. Is it correct that part of your motivation for leaving Genentech and proceeding with Mamtek and Bruce Cole was because you felt that a 3 percent equity stake --
A. Yes.
Q. -- in this company was a good financial move for you?
A. There were several motivations to it. Of course that is part of it. My wife has autoimmune disease arthritis and stuff, and living in LA where my closest aunt -- I have very little family because I came from South Africa. My aunt lives in Santa Monica. So there was family issues. There was health issues because life down in LA, when you have got rheumatoid and other arthritis, is a little easier than the Bay Area, and of course there was this incentive to make the company work and the stock would be worth a bunch of money.

**Pg: 189 Ln: 5 - 23**

**Annotation:**

FURTHER EXAMINATION BY MR. WADSWORTH
Q. Mr. Leveen, this is just kind of -- I guess

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 189 Ln: 5 - 23** **continued...**

**Annotation:**

189:
just kind of trying to summarize where we are.
At the end of 13 or 14 months of engineering, you felt that you had a design for a potentially workable sucralose plant; is that correct?
A. Yes.
Q. Okay. Now, hypothetically, had you put the plant design contained in the cookbook you received in July 2010 in the building that was initially being built to house the factory by Septagon, do you know whether the plant could have made any sucralose whatsoever?
MR. SUTER: Objection. Object to the form of the question. Lacks foundation. Speculative. It's a hypothetical.
This is not an expert witness.
THE WITNESS: The plant could have made some sucralose, but it was an accident waiting to happen to kill people.

**Pg: 189 Ln: 6 - Pg: 192 Ln: 21**

**Annotation:**

189:
Q. Mr. Leveen, this is just kind of -- I guess just kind of trying to summarize where we are.
At the end of 13 or 14 months of engineering, you felt that you had a design for a potentially workable sucralose plant; is that correct?
A. Yes.
Q. Okay. Now, hypothetically, had you put the plant design contained in the cookbook you received in July 2010 in the building that was initially being built to house the factory by Septagon, do you know whether the plant could have made any sucralose whatsoever?
MR. SUTER: Objection. Object to the form of the question. Lacks foundation. Speculative. It's a hypothetical.
This is not an expert witness.
THE WITNESS: The plant could have made some sucralose, but it was an accident waiting to happen to kill people.
MR. WADSWORTH: That's all I have.
--- o0o ---

190:
FURTHER EXAMINATION BY MR. KRONAWITTER
Q. Mr. Leveen, again, Joe Kronawitter. I just have a couple of questions. Can I see the triphosgene MSDS sheet?
A. Sure.
Q. I think it was Exhibit 566, I believe.
Thank you. I think you said earlier those are -- those sheets are public information, correct?
A. Yes.

# TextMap Annotation Digest Report

**Case Name:** Morgan Keegan_Mamtek
**Transcript:** Leveen, Lindsay SHELTER 05.29.14
**Issue Filter:** Motion in Limine

**Pg: 189 Ln: 6 - Pg: 192 Ln: 21 continued...**

**Annotation:**

190:10
Q. And they are available on the Internet?
A. Yes.
Q. And you agree you don't need to be a chemical engineer to read the words on that sheet?
MR. SUTER: Objection. Argumentative.
THE WITNESS: I would say that someone reading this that it says highly toxic by inhalation and corrosive would say it's highly toxic.
BY MR. SUTER:
Q. Right. I mean I don't need to be a Monsanto Fellowship to see the little skull and crossbones on Exhibit 566, do I?
A. Yeah, I --
MR. SUTER: Object. Argumentative. Calls for --
BY MR. KRONAWITTER:
Q. Here's my point. The point is that's a public document.

191: 1
A. Yes.
Q. And it clearly indicates by its plain language triphosgene is hazardous, dangerous and toxic. Do you agree with that?
A. Right.
Q. Okay. It sounds like -- so you agreed to consult for Mamtek in early to mid July 2010.
A. Yeah. We said it was the 6th or whatever.
MR. SUTER: The 6th was the first conversation.
BY MR. KRONAWITTER:
Q. And you had reviewed the cookbook and were ready to talk about it by the April 1st, 2010 meeting.
MR. SUTER: August 1st.
BY MR. KRONAWITTER:
Q. August 1st. I'm sorry.
A. Yeah. I don't know exactly when the cookbook was given to me --
Q. Right.
A. -- but by August 1st, I had read the cookbook.
Q. And you had come to the conclusions that you gave us earlier. You agreed that the cookbook design or the design set forth in the cookbook is a fire and safety hazard, right?
A. Yes.

192: 1
Q. Now, Mr. Suter asked you if you had ever been contacted by anyone associated with Morgan Keegan. Do you remember that question?
A. Yes.
Q. If Morgan Keegan had contacted you to discuss your thoughts about the cookbook in July of 2010, you would have shared your opinions with them, wouldn't you?
MR. SUTER: Objection. Object to the form. Lacks foundation that Mr. Leveen's identity was known to anyone

**Pg: 189 Ln: 6 - Pg: 192 Ln: 21** continued...

**Annotation:**

outside of Mamtek. Calls for speculation. And it misstates when he read the cookbook relative to when the offering document was prepared.
BY MR. KRONAWITTER:
Q. You can answer my question.
A. Had anyone from the City, the State, the lawyers, the bond issuer, whoever it would have been called me and said can we build this in Missouri as stated in the cookbook, I would have said no, you cannot.
Q. And you had that opinion as of August 1st, 2010, correct?
A. Yes.