# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JOHN W. CROMEANS, JR., et al, ) | |
| ) | |
| Plaintiffs, ) | **CLASS ACTION** |
| ) | |
| vs. ) | Case No. 2:12-cv-04269-NKL |
| ) | |
| MORGAN, KEEGAN & COMPANY, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER TO BROKER-DEALERS TO PROVIDE INFORMATION
## ON CUSTOMERS WHO PURCHASED MOBERLY BONDS

You are receiving this Order because you have been identified as a broker-dealer which purchased municipal bonds issued by the Industrial Development Authority of the City of Moberly, Missouri (the "Moberly Bonds") during the period between July 23, 2010 and September 30, 2011 (the "Class Period") or had customers who purchased or sold Moberly Bonds during the Class Period.

Plaintiffs and Defendants in the above-captioned class action litigation have reached a settlement of the class action ("Settlement").

In order to effect notice of the Settlement to investors who purchased or sold Moberly Bonds during the Class Period, IT IS HEREBY ORDERED that you provide the following information within ten (10) days to the Class Action Settlement Claims Administrator, whose information is provided below:

       1.    A list of all customers who purchased, sold, or transferred the Moberly Bonds;

       2.    Each customer's last known contact information;

3. The CUSIP number(s) for the Moberly Bonds purchased, sold or transferred by each customer;

4. The par value(s) for each customer's Moberly Bond purchase(s); the purchase price(s); and the date(s) of each such customer's Moberly Bond purchase(s);

5. The par value(s) for each customer's Moberly Bond sale(s); the sale price(s); the date(s) of each customer's Moberly Bond sale(s), if any; and the amount of profit(s) or loss(es) as a result of such sale(s);

6. The par value(s) for each customer's Moberly Bond transfer(s); the marked-to- market transfer price(s); and the date(s) of each customer's Moberly Bond transfer(s), if any; and

7. Broker-Dealer(s) at which and account number(s) in which the Moberly Bonds are presently held, if known and if still held.

The required information above (and all related questions) should be sent and directed to the Moberly Class Action Settlement Claims Administrator:

**CPT Group, Inc.**
**16630 Aston Street**
**Irvine, CA 92606**

Costs incurred by you in searching your records and/or sending the required information/response to the Class Action Settlement Claims Administrator shall be reimbursed by the Claims Administrator.

IT IS SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 15, 2015
Jefferson City, Missouri

2